United States District Court
For the Central District of Illinois

**FILED**

JUL 3 1 2023

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Israel Carl Isbell,
            Plaintiff,

V.                          Civil Case No.

Midwest Counseling
Associates, Bryan Denure,
Kelly Mckonkey, U.S.P.O.         Jury Demanded
        Defendant's, et al.

## Plaintiff's First Complaint

Now comes the Plaintiff, Israel Carl

Isbell ("Mr. Isbell"), pro se, and files this

first complaint against Midwest Counseling

Associates, Bryan Denure of Midwest

Counseling    Associates, the United States

Probation Office for the Central District of

Illinois, and Kelly Mckonkey, United States Probation Officer in her Official and individual Capacities, or, Whichever capacity applies, for Violating the Constitutional rights of Mr. Isbell under the First, Fifth, Eigth, and Fourteenth Amendments to the United States Constitution for Violations of Freedom of Speech, retaliation, cruel and Unusual Punishment, and Equal Protection of the law, in addition to Whatever Amendments, laws or statutes this Court thinks applies to the facts of this complaint.

-2-

## Facts

1. On March 3, 2022, Mr. Isbell was released from the Federal Bureau Of Prisons ("BOP") to the Residential Reentry Center ("RRC") at 1005 NE Jefferson Ave. Peoria, IL 61602.

2. Mr. Isbell voluntarily participated in a Sex Offender treatment Program while a resident of the RRC. On or about March 16, 2022, Mr. Isbell was sent to home confinement where he continued to participate in Sex Offender Treatment through Midwest Counseling Associates ("MCA") with treatment Provider Mr. Bryan Denure, at the expense of the BOP.

3. On August 30, 2022, Mr. Isbell was released from the RRC and onto Federal Supervision, by this time, Mr. Isbell was covered medically by the Illinois

-3-

Medicaid program. In Mr. Isbell's residential area, the Medicaid program is managed by Molina Health.

4. In September of 2022, Mr. Isbell inquired of Bryan Denure of MCA if he accepted Molina for payment. Mr. Denure told Mr. Isbell that he did accept them but was having trouble collecting payment from them and that Mr. Isbell would be required to pay out-of-pocket at the rate of $40 per week and get reimbursed from Molina.

5. In or about October, 2022, Mr. Isbell filed a Motion in Federal Court in case No. 1:09-cr-10122 for the return of his computer and authorization to have a Smart TV.

6. With days until the government was to respond to Mr. Isbell's motion, United States Probation Officer ("USPO") Kelly Mckonkey,

— 4 —

together with approximately 12 other Federal and local officer's conducted a Mar-a-lago style raid of Mr. Isbell's place of residence on or about November 4, 2022 at approximately 8:30am to almost noon, they found nothing illegal.

7. During the raid, officers found an application for counseling services through Pekin Bible Church's Pastor, Chad Nightingale, MA.. Mr. Isbell was seeking additional treatment for his behaviors and thinking. Ms. Kelly Mckonkey was angered by this and tried to discourage Mr. Isbell from seeking any other help.

8. In or about December, 2022, Mr. Isbell arranged an office meeting between Kelly Mckonkey and Pastor Chad Nightingale ("Pastor Chad").

- 5 -

9.  In January, 2023, a week before Mr. Isbell's January 24th hearing, Bryan Denure of MCA informed Mr. Isbell that he was going to testify at the hearing of January 24th, and that Mr. Isbell was going to be responsible for paying MCA at the rate of $150 per hour for a minimum of 2 hours, even if the hearing only lasted 45 minutes.

10. At the hearing of January 24, 2023 Mr. Isbell entered into an unfair one-sided agreement under duress which, upon information and belief, was prejudice against Mr. Isbell seeking additional help from Pastor Chad, including in the agreement that any person Mr. Isbell seeks help from must be recognized by the Illinois professional standards board (or something like that), knowing full

11.

A week before the January 24, 2023 hearing, Mr. Isbell tested positive for Marijuana during a home drug test that was administered by USPO Kelly Mckonkey.

This Court was gracious to Mr. Isbell, and he was subsequently placed in drug treatment where he quit using Marijuana. The Drug Counselor placed Mr. Isbell on "Level I" treatment, the least restrictive form of treatment. Ms. Mckonkey was angered by this and wanted Mr. Isbell in the most intense treatment, the Drug counselor's would not place Mr. Isbell into the most intense treatment, but said if Mr. Isbell showed that he smoked Marijuana again while in treatment, he would be placed in the most intense treatment. Mr. Isbell remained on level 1 and clean from Marijuana.

Mr. Isbell was just a few treatment sessions away from successfully completing drug treatment through Trilium place (formerly known as Tazwood Mental Health Center), in Pekin, IL. MR. Randy Tennis was Mr. Isbell's Counselor.

well that Pastor Chad would never be a part of them due to their "Woke" agenda.

12. At the end of May, 2023, Mr. Denure of MCA scheduled a meeting with Mr. Isbell on June 15, 2023 at a fee of $650.

13. On or about June 2, 2023 at approximately 1:28pm, Mr. Isbell called Molina to inquire of them if they would cover the $650 fee. The Molina representative informed Mr. Isbell that MCA and Bryan Denure were in their network and that he was covered by them. Molina advised Mr. Isbell that they would be in contact with him and with MCA.

- 8 -

14. On June 8, 2023 after a group session at MCA on Catherine St. in Pekin, IL, Mr. Isbell stayed behind after everyone left and said to Bryan "that's quite a racket you got going here, keeping people in treatment so you can make money off of them." Mr. Isbell was exercising freedom of speech, to which Mr. Denure got upset and said he was going to have to contact his liability attorney to see if Mr. Isbell could even attend his groups anymore. Both Mr. Isbell and according to the belief of Mr. Isbell, Bryan Denure anticipated that Mr. Isbell would be attending the group on June 15, 2023.

15. On June 13, 2023 Molina called Mr. Isbell and he spoke with a woman named Lakeysha Williams who informed him that she could not contact Bryan at MCA, Mr. Isbell provided Molina

— 9 —

with Bryan's number, and told Mr. Isbell not to pay MCA anything more and get a reimbursement from Bryan at MCA, the time of the call was 12:20 pm.

16. On June 14, 2023 at 12:14 pm, Mr. Isbell called Bryan at MCA to confirm the next day's appointment at 12:00 pm and the $650 fee. Mr. Isbell asked why the fee was so high when all the other sessions were only $40 per hour session. Bryan at MCA replied that it was because of all the paperwork he had to do following the meeting.

17. On June 14, 2023 at approximately 2:52 pm Mr. Isbell received a call from Ms. Williams at Molina. Ms. Williams advised Mr. Isbell that she got a hold of Bryan at MCA, and that Bryan told her that Mr. Isbell was court ordered to attend the

Group Sessions. Mr. Isbell advised Ms. Williams that it did not matter how he got to treatment, that the fact was that Midwest Counseling was not supposed to be charging Mr. Isbell. Ms. Williams agreed and said she had filed a complaint against MCA and was looking further into it. Ms. Williams also advised Mr. Isbell again not to pay MCAA anything more and to get reimbursed.

18. On June 14, 2023 at approximately 3:28pm Bryan at MCA called Mr. Isbell and informed him that he was terminated from the Sex offender treatment Program ("SOTP") Mr. Isbell believes this to be in retaliation for Molina Eiling a complaint against Bryan and MCA.

— 11 —

19. Upon information and belief, Bryan Denure, and/or MCA is under Federal contract with the United States to treat Sex offenders.

20. On June 14, 2023, after getting terminated from the SOTP at MCAA, Mr. Isbell called Ms. Kelly Mckonkey to inform her that he was terminated from the SOTP, Ms. Mckonkey setup an appointment for Mr. Isbell at the U.S.P.O. the next day at 8:30 am.

21. On June 15, 2023, Mr. Isbell met with Ms. Mckonkey at her office, did a drug test, and spoke with her. Mr. Isbell asked her if she wanted him to look for another sex offender treatment provider, and she told Mr. Isbell "No," that she would look into it and discuss it with her supervisors.

-12-

22. Between June 14, 2023 and June 29, 2023, Mr. Isbell attempted to contact Ms. Mckonkey over twenty-four (24) times in an attempt to get into another SOTP. Mr. Isbell left two (2) messages for Ms. Mckonkey, and one (1) message for her supervisor, James Coeur.

23. With a new hearing looming over the status of Mr. Isbell's computer, and Judge Mihm's willingness to return Mr. Isbell's computer evident in the record, and, upon Mr. Isbell's belief, the USPO had no good reason(s) to withhold Mr. Isbell's computer any longer, the United States filed a warrant for Mr. Isbell's arrest, and a petition to revoke Mr. Isbell's supervised release on June 27, 2023. Mr. Isbell believe's this to be retaliation for filing to get his computer back, and for Molina filing a complaint against Bryan Denuae of MCA. Who, Mr. Isbell believes to be under federal contract.

## Exhaustion of Remedies

Under the Prison Litigation Reform Act,
(PLRA), a prisoner must first exhaust his
or her administrative remedies before filing
suit or civil action in Court. To Mr. Isbell's
knowledge, there are no remedies to exhaust
and therefore, has not exhausted any.

—14—

# Conclusion

It is the belief of Mr. Isbell that Bryan Denure of MCA, being under federal contract with the United States extorted money from him, knowing, that at Mr. Denure's word, Mr. Isbell's freedom and liberty hung in the balance. It is also the belief of Mr. Isbell that Mr. Denure also retaliated against him for Molina filing a complaint against him and MCA.

Moreover, Mr. Isbell believes that his freedom of speech was violated, believes that

Ms. Kelly McKonkey has retaliated against him for filing to get his computer back, and for Molina filing a complaint against Bryan at MCA who is under federal contract with the U.S.P.O. and/or the United States Courts.

The Allegations in Paragraphs 1-22 are hereby incorporated into this section as fully as if set forth herein.

The Above Facts are fully true and accurate, except those facts which are only based on "belief" or "information and belief"

— 16 —

## Prayer for Relief and Jury Demand

Wherefore, and for good Cause, Mr. Isbell) PRAYS that this Court GRANT relief in the amount of $750,000, plus attorney fees (if any be incurred), plus reimbursment (A JURY TRIAL is also DEMANDED), for copy fees and postage fees, plus any other relief this Court deems just, equitable, and appropriate, including termination of supervised release.

The relief is appropriate in the belief of Mr. Isbell because he has Autisim and is disabled, suffers from Panic disorder due to Anxiety, Attention-Deficit-Hyperactivity-

-17-

Disorder. Mr. Isbell's safety and Security has been compromised due to his detention with violent inmates, he was forced to sleep on the floor for a total of three[3] days. Mr. Isbell's house is in jeopardy to being rented to someone else, and for violating his constitutional rights.

Dated this 26 day of July, 2023

Respectfully Submitted Under Penalty of Perjury Under 28 U.S.C. §§ 1746:

Israel Carl Isbell

Israel Carl Isbell, Pro Se
Peoria County Jail
301 N. Maxwell Road
Peoria, IL 61604

Exhibit A

Molina Phone Call log

1 Page

**+1 855-895-9985** 

## Recent

**+1 855-895-9985**

↙ Wednesday, June 14, 2023,
2:52 PM
7 min 2 sec

**+1 855-895-9985**

↙ Tuesday, June 13, 2023,
12:20 PM
1 min 8 sec

**+1 855-895-9985**

↘ Friday, June 2, 2023, 1:28
PM

Exhibit B

Mid West Counseling Associates
Bryan Denure   Phone Call Log

1 Page

**+1 309-620-1644**

Mobile

↗ Thursday, June 15, 2023,
1:07 PM
0 sec

**+1 309-620-1644**

Mobile

↙ Wednesday, June 14, 2023,
3:28 PM
5 min 20 sec

**(309) 620-1644**

Mobile

↗ Wednesday, June 14, 2023,
12:14 PM
1 min 4 sec

United States District
Court for the Central of Illinois

Israel Carl Isbell,
          Plaintiff,

V.                                        Civil Case No.

Midwest Counseling
Associates, Bryan Denure,
Kelly Mckonkey, U.S.P.O.,              JURY DEMANDED
          Defendants., et al.

## Certificate of Service

On this, the 26 day of July, 2023, I,
Israel Carl Isbell, did place a true and accurate
copy of this first complaint, and motion for IFP status in
the U.S. mail, postage prepaid, for delivery to the Clerk of Court.

Israel Carl Isbell
Israel Carl Isbell, Plaintiff, Pro Se
Peoria County Jail
301 N. Maxwell Road
Peoria, IL 61604

July 26, 2023
Israel Carl Isbell, LA/P
Peoria County Jail
301 N. Maxwell Road
Peoria, IL 61604

Clerk of Court
100 NE Monroe St.
Peoria, IL 61602

Re: File Stamped Copy of Civil Complaint

Dear Clerk:

Would you please be so kind as to send me a file-stamped copy of this complaint. I am indigent. If you cannot, I am sending one (1) SASE for you to send me at least a file stamped copy of the first few pages. Would you also please send me some subpoena's and a copy of the local court rules and the Federal Rules of Civil Procedure. Thank You.

Sincerely,

Israel Carl Isbell, LA/P

:ici
Enclosures



Legal Mail

Clerk of Court
U.S. Federal Courthouse
100 N.E. Monroe St.
Peoria, IL 61602

Israel Carl Isbell, Paralegal
Peoria County Jail
301 N. Maxwell Road
Peoria, IL 61604

Legal Mail

FREEDOM
FOREVER

FREEDOM
FOREVER

FREEDOM
FOREVER

FREEDOM
FOREVER