# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Israel Carl Isbell**　　　　　　　　　）<br>　　　　　　　　　　　　　　　　　　）<br>　　　　**Plaintiff,**　　　　　　　　　）<br>　　　　　　　　　　　　　　　　　　）<br>　　　　　　vs.　　　　　　　　　　　）　　**Case Number: 23-1286**<br>　　　　　　　　　　　　　　　　　　）<br>**Midwest Counseling Associates,**　　　）<br>**Bryan Denune, Kelly McKonkey.**　　　）<br>　　　　　　　　　　　　　　　　　　）<br>　　　　**Defendants.**　　　　　　　）| |

### JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.**  This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Israel Carl Isbell's action against Defendants Midwest Counseling Associates, Bryan Denune and Kelly McKonkey is dismissed without prejudice for failure to state a claim.

Dated: 1/8/2024

　　　　　　　　　　　　　　　　　　　　　　　　s/ Shig Yasunaga
　　　　　　　　　　　　　　　　　　　　　　　　Shig Yasunaga
　　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. District Court

Approved:　s/ Sue E. Myerscough
　　　　　　Sue E. Myerscough
　　　　　　U.S. District Judge